# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Marilyn Williams,<br><br>            Plaintiff,<br><br>       v.<br><br>Wal-Mart Stores, Inc., et al.,<br><br>            Defendants. | Case No.: 2:13-cv-1806-JAD-GWF<br><br>**ORDER SETTING STATUS CONFERENCE FOR**<br><br>**May 23, 2014, at 10:00 a.m.** |

Defendant has advised that this case has settled. (Doc. 20). Accordingly, good cause appearing, the pending motions **[Docs. 12 and 13] are DENIED** without prejudice to their refiling in the event that the settlement is not consummated.

The parties are HEREBY ORDERED to appear for a STATUS CONFERENCE regarding the finalization of the settlement documents on **May 23, 2014, at 10:00 a.m.** The status conference may be vacated upon the telephonic request of either party in the event that a stipulation and order for dismissal is submitted to the Court by May 19, 2014.

Dated this 16th day of April, 2014.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE